# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Fanta Toure, <br> Samba Diakite <br><br> Plaintiffs, <br><br> v. <br><br> United States Citizenship and <br> Immigration Services, et al <br><br> Defendants. | CIVIL ACTION <br> NO. 18-1889 |

## ORDER

NOW, this _____ day of _____, 2019, upon consideration of Defendants' Unopposed Motion for an Extension of Time in which to file the defendants' Response to Plaintiffs' Supplemental Brief on Estoppel, It Is Hereby Ordered that the motion is granted. It is further ORDERED that:

The government may file a reply brief on or before May 23, 2019.

BY THE COURT:

_____
HONORABLE MICHAEL M. BAYLSON
*Judge, United States District Court*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Fanta Toure,<br>Samba Diakite<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>United States Citizenship and<br>Immigration Services, et al<br><br>　　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>: CIVIL ACTION<br>: NO. 18-1889<br>:<br>:<br>:<br>:<br>: |

## DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Defendants respectfully move this Court for an extension of time in which to file its Response to Plaintiffs' Supplemental Brief on Estoppel.

1. On April 4, 2019, the Court entered an Order directing the parties to submit supplemental briefing on the issue of estoppel.

2. The Order provided defendants until May 16, 2019 (21 days from the date Plaintiff's filed their brief) to file its Response.

3. The government requires additional time for review and preparation of its response which must be coordinated among government agencies and components.

4. Defendants respectfully request an additional seven (7) days, or until May 23, 2019, to file their Response.

5. In accordance with Local Rule 7.1, undersigned counsel certifies that he contacted plaintiff's counsel, Michael Henry, and that Mr. Henry has no objection to this extension.

                                        Respectfully submitted,
                                        WILLIAM M. McSWAIN
                                        United States Attorney

                                        /s/ Anthony St. Joseph
                                        ANTHONY ST. JOSEPH
                                        Assistant United States Attorney
                                        615 Chestnut Street, Suite 1250
                                        Philadelphia, PA  19106
                                        Tel:  215-861-8267
                                        Fax:  215-861-8618
                                        Anthony.stjoseph@usdoj.gov

Dated:  May 15, 2019

## CERTIFICATE OF SERVICE

I certify that on this day, the foregoing Defendants' Unopposed Motion for an Extension of Time was filed electronically and is available for viewing and downloading from the court's ECF system, and a copy was forwarded by first class U.S. mail, postage pre-paid, to:

>Michael S. Henry
>Salaman/Henry, PC
>100 S. Broad Street,
>Suite 650
>Philadelphia, PA  19110
>
>*Counsel for Plaintiff*

>/s/ Anthony St. Joseph
>Anthony St. Joseph
>Assistant United States Attorney

Dated:  May 15. 2019