# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FANTA TOURE, ET AL.** <br><br> v. <br><br> **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.** | **CIVIL ACTION** <br><br> **NO. 18-1889** |

## ORDER

**AND NOW,** this 10th day of June, 2019, upon consideration of cross-Motions for Summary Judgment (ECF 7 & 9), the Responses thereto (ECF 11 & 10), oral argument, supplemental briefs (ECF 22 & 27), and as laid out in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendant's Motion for Summary Judgement is GRANTED;
2. Plaintiff's Motion for Summary Judgement is DENIED; and
3. The Clerk of Court is directed to close this case.

        **BY THIS COURT:**

        **/s/ Michael M. Baylson**
        _____
        **MICHAEL M. BAYLSON**
        **United States District Court Judge**

O:\CIVIL 18\18-1889 Toure v. INS\18cv1889 MSJ Order.docx